United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-19314-amc
Samuel Cancel                                                         Chapter 13
Jessica Cancel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2              Date Rcvd: Apr 16, 2019
                             Form ID: 138NEW             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb         #+Samuel Cancel,    Jessica Cancel,    623 Stanbridge Street,    Norristown, PA 19401-5534
13299598        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13176429       +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13176430        County of Montgomery,    Montco. Human Serv. Ctr.,    1430 Dekalb Street, POB 311,
                 Norristown, PA  19404-0311
13176425       +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13214712        Jefferson University Hospitals,    2509 S. Stoughton Road,    PO BOX 6250,
                 Madison WI 53716-0250
13176431       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13184070       +Nationwide Credit Service LLC,    PO Box 1787,    Longview, WA 98632-8107
13176438        Sunrise Credit Services, Inc.,    260 Airport Plaza,    P.O. Box 9100,
                 Farmingdale, NY  11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:16:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:19     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13176427       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 17 2019 03:17:24
                 Allstate Insurance Company,    c/o Credit Collection Services,    Two Wells Avenue,
                 Newton, MA 02459-3225
13211826        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2019 03:21:11
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13207018        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13176428        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:45
                 Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT  84130-0281
13176426       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 17 2019 03:16:36     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13199179        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 17 2019 03:16:44     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13176432       +E-mail/Text: bncnotices@becket-lee.com Apr 17 2019 03:15:58     Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
13176433       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2019 03:21:08     LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13287418        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2019 03:21:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13176434       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2019 03:16:35     Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13176435       +E-mail/Text: blegal@phfa.org Apr 17 2019 03:16:38     PHFA-HEMAP,    211 North Front Street,
                 P.O. Box 15057,    Harrisburg, PA 17105-5057
13176436        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:22
                 Portfolio Recovery Associates,    120 Corporate Blvd., Ste. 100,    Norfolk, VA  23502
13207291        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13304499       +E-mail/Text: blegal@phfa.org Apr 17 2019 03:16:38     Pennsylvania Housing Finance Agency,
                 Attn: ALSV/Anne,    211 North Front Street,    Harrisburg, PA 17101-1406
13226159        E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2019 03:16:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13466757        E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2019 03:21:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13176437       +E-mail/Text: cop@santander.us Apr 17 2019 03:16:17     Sovereign Bank,    601 Penn Street,
                 Reading, PA 19601-3553
13176439       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 17 2019 03:15:51
                 Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
13176440       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:08     WFNNB/Dress Barn,
                 P.O. Box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 23

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Apr 16, 2019
                               Form ID: 138NEW             Total Noticed: 32
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13176424*       +Jessica Cancel,    623 Stanbridge Street,    Norristown, PA 19401-5534
13176423*       +Samuel Cancel,     623 Stanbridge Street,    Norristown, PA 19401-5534
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Joint Debtor Jessica  Cancel spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              DAVID B. SPITOFSKY    on behalf of Debtor Samuel  Cancel spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Samuel Cancel and Jessica Cancel
        Debtor(s)                                             Bankruptcy No: 13−19314−amc
                                                                         Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                    For The Court
                                                                      Timothy B. McGrath
                                                                      Clerk of Court

Dated: 4/16/19

                                                                                                    46 − 45
                                                                          Form 138_new